MARY E. LEAHY, Appellant, *v.* THE CITY OF NEW YORK,
　　　　　　　Respondent.

MARY GORMAN, Appellant, *v.* THE CITY OF NEW YORK,
　　　　　　　Respondent.

*Leahy* v. *City of New York*, 154 App. Div. 891, affirmed.
*Gorman* v. *City of New York*, 154 App. Div. 891, affirmed.
(Argued March 11, 1915; decided March 26, 1915.)

APPEAL in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 24, 1913, which affirmed a judgment of Special Term sustaining a demurrer to and dismissing the complaint in an action to recover a balance alleged to be due plaintiff for salary as matron in the department of correction of the city of New York, under section 717 of the charter providing that "All persons now in the employ of the department of correction known as matrons or assistant matrons, and all those by whatever name known, who have performed the duties of matrons as set forth in section seven hundred and fifteen for the last three years in the department of correction are hereby appointed matrons, and shall be continued in office under the title of matrons."

*Edward J. Byrne* and *George M. Curtis* for appellants.

*Frank L. Polk, Corporation Counsel* (*Terence Farley* and *Arthur Sweeny* of counsel), for respondent.

Judgment in each case affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK and HOGAN, JJ. Dissenting: SEABURY, J. Not sitting: MILLER, J.